UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 16-5-DLB

LARRY AKERS                                                                                         PLAINTIFF

vs.                                                **JUDGMENT**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security                                                      DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.  The administrative decision is **REVERSED**, and the action is **REMANDED** for further consideration by the Commissioner;

2.  On remand, the ALJ shall address whether significant numbers of jobs exist in the national economy for an individual of claimant's age, education, work experience, and residual functional capacity, as required at Step 5 of the disability determination process.

3.  This action is **STRICKEN** from the active docket of the Court.

This 31st day of March, 2017.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\16-5 Akers Judgment.wpd